UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULKHANI GAMTENADZE,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Regional Director Enforcement and Removal Operations, San Diego Field Office; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director of U.S. Immigration Customs Enforcement; and KRISTI NOEM, Secretary of the U.S. Department of Homeland Security,<br><br>                              Respondents. | Case No.: 26-cv-1256-JES-SBC<br><br>**ORDER REGARDING CHANGE IN ADDRESS**<br><br>**[ECF Nos. 5, 6]** |

On February 20, 2026, *pro se* Petitioner Sulkhani Gamtenadze ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On February 27, 2026, the Court ordered Petitioner to show cause why the Petition should not be dismissed for failure to pay the filing fee or request leave to proceed in forma pauperis ("IFP"). ECF No. 3. On March 19, 2026, the Court received notice that the mail was returned as undeliverable from Otay Mesa Detention Center, as Petitioner is no longer

1

26-cv-1256-JES-SBC

detained at that facility. ECF No. 4. Respondents subsequently filed a certificate of service, indicating that Petitioner had been moved to a detention facility located in California City. ECF No. 6. The Clerk of the Court updated Petitioner's address to reflect this change.

Out of an abundance of caution, the Court hereby **ORDERS** the Clerk of the Court to mail to Petitioner's current address (1) a copy of each filing in this matter to date, and (2) a blank copy of the Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed in Forma Pauperis. As reflected in the Court's previous order (ECF No. 2), Petitioner must either pay the $5.00 filing fee of submit proof of inability to pay the fee no later than **April 28, 2026** to avoid dismissal of this action.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Honorable James E. Simmons Jr.
United States District Judge

v

26-cv-1256-JES-SBC