UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULKHANI GAMTENADZE,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center; PATRICK DIVVER, Regional Director Enforcement and Removal Operations, San Diego Field Office; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director of U.S. Immigration Customs Enforcement; and KRISTI NOEM, Secretary of the U.S. Department of Homeland Security,<br><br>                              Respondents. | Case No.: 26-cv-1256-JES-SBC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>**[ECF Nos. 1, 9]** |

On February 20, 2026, *pro se* Petitioner Sulkhani Gamtenadze ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Following a series of filings regarding Petitioner's payment of the $5 filing fee and Petitioner's mailing address, Petitioner submitted a letter to the Court stating that he was granted asylum. EF No. 9. Petitioner wrote, "Therefore from today onwards there is no need for me to take my

1

26-cv-1256-JES-SBC

petition hearing in the southern or easter court, just I want the 5 dollars to be paid correctly, please accept this whole misunderstanding happened beyond my control." *Id.*

The Court construes Petitioner's letter as a motion for voluntary dismissal of his Petition. Good cause appearing, the Court **GRANTS** the motion and **DISMISSES** the petition without prejudice. The Clerk of the Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 11, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-1256-JES-SBC